**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-063(2) (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| WILLIAM J. MORRIS, JR. (2), | |
| Defendant. | |

Timothy Rank and David Genrich, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Lyonel Norris, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on defendant's motion to supplement motion for new trial. Counsel is requesting to file a supplement to his motion once the transcript from the June 30, 2010 hearing is available.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendant's motion [Docket No. 100] is **GRANTED**. The supplemental memorandum will be due by August 13, 2010

Dated: August 5, 2010
at Minneapolis, Minnesota

                                                                         _____s/ John R. Tunheim\_\_\_\_\_
                                                                         JOHN R. TUNHEIM
                                                             United States District Judge